**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 25-6498**

───────────────

ANDRE YOUNGBLOOD,

       Plaintiff - Appellant,

   v.

HONORABLE RICHARD M. GERGEL; AMBERELLE N. WELLS; LASHEIKA
S. VANDYKE,

       Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Rock
Hill.  Jacquelyn Denise Austin, District Judge.  (0:24-cv-06372-JDA)

───────────────

Submitted:  August 28, 2025                      Decided:  September 3, 2025

───────────────

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Andre Youngblood, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Youngblood appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Youngblood's amended complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). *See* 28 U.S.C. § 1915A(b). He also appeals the district court's text order denying his motion for reconsideration. *See* Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Youngblood v. Gergel*, No. 0:24-cv-06372-JDA (D.S.C. May 30 & June 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*